**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MAGNACROSS LLC,** | |
| Plaintiff, | CASE NO. 2:15-cv-844-JRG-RSP |
| v. | (LEAD CASE) |
| | **PATENT CASE** |
| **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**, | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3 ("P.R. 4-3") and the Docket Control Order, Plaintiff Magnacross LLC ("Magnacross") and Defendants ASUS Computer International, AT&T Mobility LLC, BLU Products, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Spectrum L.P., MSI Computer Corp., T-Mobile USA, Inc., and YiFang USA Inc. dba eFun hereby submit this Joint Claim Construction and Prehearing Statement ("Statement").

**(a)     Agreed Constructions**

The Parties do not agree on any proposed claim constructions.

**(b)     Disputed Constructions**

The following is a claim term that Magnacross contends should be construed but for which the Defendants contend no separate construction is required:

- "data sensors" (claims 1 and 12)

The following is a list of claim terms that Defendants contends should be construed but for which Magnacross contends no construction is required:

- "allocating data from said local data sensors to respective ones or groups of said sub-channels in accordance with the data carrying capacities of said sub-channels" / "allocation of data from said local data sensors to respective ones or

1

groups of said sub-channels in accordance with…data rate requirements from said local sensors" (claims 1 and 12);

- "control means" (claim 12);

- "data processing means" (claims 1 and 12);

- data rate… "differing substantially" / "substantially different" data rate (claims 1 and 12);

- "division of said [communications] channel into sub-channels" (claims 1 and 12);

- "transmitter adapted to transmit said data through said sub-channels accordingly" (claim 12);

- "communications channel" (claims 1 and 12);

- Preamble (whether limiting or not limiting) ["1. A method… data processing means" (1st 3 lines of claim 1); "12. Apparatus… data processing means," (1st 3 lines of claim 12)];

- "said local sensors" (claims 1 and 12);

- "said local data sensors" (claims 1 and 12);

- "subchannel" (claims 1 and 12).

- "whereby the data carrying capacities of said sub-channels are unequal" (claims 1 and 12).

The following is a list of claim terms that Defendants ASUS Computer International, AT&T Mobility LLC, BLU Products, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Spectrum L.P., MSI Computer Corp., and T-Mobile USA, Inc. contend should be construed but for which Magnacross contends no construction is required:

- "transmitting said data from said data sensors"  (claims 1 and 12); and

- "transmit"/"transmission"

The following is a list of claim terms that Defendant YiFang contends should be construed but for which Magnacross contends no construction is required:

- "multiplexer" (claims 1 and 12); and

Exhibit A contains Plaintiff Magnacross's proposed claim constructions for the disputed terms, along with supporting intrinsic and extrinsic evidence.  Exhibit B contains proposed constructions and supporting intrinsic and extrinsic evidence of Defendants ASUS Computer International, AT&T Mobility LLC, BLU Products, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Spectrum L.P., MSI Computer Corp., and T-Mobile USA, Inc.  Exhibit C contains proposed constructions and supporting intrinsic and extrinsic evidence of Defendant YiFang.

### (c)      Length of Time Needed for Claim Construction Hearing

By its Order, the Court set the Claim Construction hearing for April 22, 2016 at 9:00 a.m. before Judge Roy Payne.  The Parties believe that approximately four hours, two hours per side, will be needed for the Claim Construction hearing.

### (d)      Live Witnesses

Pursuant to the Court's Standing Order Regarding the use of Live Testimony During Claim Construction Proceedings, Magnacross does not anticipate presenting live testimony at the claim construction hearing.  Magnacross reserves the right to rely on expert testimony submitted as exhibits to Magnacross's claim construction briefing in response to any indefiniteness argument asserted by Defendants.

Pursuant to the Court's Standing Order Regarding the use of Live Testimony During Claim Construction Proceedings, Defendants do not anticipate presenting live testimony at the claim construction hearing.  Defendants reserve the right to rely on any relevant deposition testimony that may be taken prior to the Markman hearing which testimony, if any, will be submitted in the form of exhibits.

### (e)      Issues for Prehearing Conference

The Parties do not submit any issues at this time for the Court's consideration.

Dated:  January 29, 2016

Respectfully Submitted                    Respectfully Submitted

By:  */s/ Kevin P. Anderson*            By:  */s/David R. Bennett*
Michael E. Jones                          David R. Bennett
State Bar No. 10929400                    Illinois Bar No. 6244214
mikejones@potterminton.com                Direction IP Law
POTTER MINTON                             P.O. Box 14184
A Professional Corporation                Chicago, IL 60614-0184
110 N. College, Suite 500 (75702)         Telephone: (312) 291-1667
P.O. Box 359                              e-mail:  dbennett@directionip.com
Tyler, TX 75710
Tel: (903) 597-8311                       **ATTORNEY FOR**
Fax: (903) 593-0846                       **PLAINTIFF MAGNACROSS**
                                          **LLC**
Kevin P. Anderson
D.C. Bar No. 476504
kanderson@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Defendants Cellco*
*Partnership d/b/a Verizon Wireless*
*and Verizon Communications*
*Inc.*


*/s/ David. P. Whittlesey*
David. P. Whittlesey
State Bar No. 00791920
Email:
dwhittlesey@andrewskurth.com
ANDREWS KURTH LLP
111 Congress Ave., Ste. 1700
Austin, TX 78701
(512) 320-9200
(512) 320-9292 (fax)

Gregory L. Porter
State Bar No. 24002784
Email: gporter@andrewskurth.com
Lloyd L. Davis

State Bar No. 24080852
Email: ldavis@andrewskurth.com
ANDREWS KURTH LLP
600 Travis Street, Ste. 4200
Houston, TX 77002
(713) 220-4200
(713) 238-7169 (fax)

Scott Bloebaum
State Bar No. NC 39534
Email:
scottbloebaum@andrewskurth.com
ANDREWS KURTH LLP
4505 Emperor Boulevard, Suite 330
Durham, NC 27703
(919) 864-7200
(202) 974-9552 (fax)

Harry Lee Gillam, Jr.
Texas State Bar No. 07921800
Email: gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
*Counsel for Defendant AT&T
Mobility LLC*

*/s/ Franklin D. Kang*
Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, LLP
5505 Plaza Drive
P.O. Box 6167
Texarkana, Texas 75503
Telephone: (903) 223-5656
Facsimile: (903) 223-5652
bweber@smithweber.com

Franklin D. Kang
McGuireWoods LLP
1800 Century Park East, 8th
Floor
Los Angeles, CA 90067
Telephone: (310) 315-8231

Facsimile: (310) 956-3102
fkang@mcguirewoods.com

Shaun W. Hassett
McGuireWoods LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6422
Facsimile: (214) 273-7475
shassett@mcguirewoods.com

*Counsel for Sprint Spectrum
L.P.*

*/s/ John M. Jackson*
Robert P. Latham
Texas Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

*Counsel for Defendant T-Mobile
USA, Inc.*

*/s/ Bijal V. Vakil*
J. Thad Heartfield
State Bar No. 09346800
thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318
Fax: (409) 866-5789

Bijal V. Vakil
bvakil@whitecase.com
Thomas C. Flynn
tflynn@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Tel: (650) 213-0300
Fax: (650) 213-8158

*Counsel for Defendant MSI
Computer Corp.*

*/s/ Vinay V. Joshi*
Vinay V. Joshi (**Lead**)
vjoshi@atwiplaw.com
Daniel W. Bedell
dbedell@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

*Counsel for Defendant
ASUS Computer International*

*/s/ Lucian C. Chen*
Lucian C. Chen, Esq.
*Admitted pro hac vice*
**Lucian C. Chen, Esq. PLLC**
One Grand Central Place
60 East 42d Street
(212) 710.3007 (main)
(212) 501.2004 (fax)
lucianchen@lcclegal.com

Jeff Rambin
**Capshaw DeRieux, LLP**
114 E. Commerce
Gladewater, Texas 75647
(903) 845.5770 (direct)
(903) 520.5789 (main)
jrambin@capshawlaw.com

**COUNSEL FOR DEFENDANT
YIFANG USA, INC. D/B/A E-
FUN, INC.**

*/s/ Isaac S. Lew*
Bernard L. Egozi
(Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

*Counsel for Defendant BLU
Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/David R. Bennett*
David R. Bennett