**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MAGNACROSS LLC,**<br>　　　　　Plaintiff,<br>　v.<br>**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**,<br>　　　　　Defendant. | CASE NO. 2:15-cv-844-JRG-RSP<br>(LEAD CASE) (CONSOLIDATED)<br>**PATENT CASE** |

**JOINT MOTION TO DISMISS BLU PRODUCTS, INC. WITHOUT PREJUDICE**

Plaintiff Magnacross LLC and Defendant BLU Products, Inc., pursuant to FED. R. CIV. P. 41(a)(2), hereby move for an order dismissing all claims in this action asserted between them WITHOUT PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated:  April 7, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David R. Bennett*
　　　　　　　　　　　　　　　　　By:　David R. Bennett
　　　　　　　　　　　　　　　　　　　　DIRECTION IP LAW
　　　　　　　　　　　　　　　　　　　　P.O. Box 14184
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60614-0184
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 291-1667
　　　　　　　　　　　　　　　　　　　　e-mail:  dbennett@directionip.com
　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　MAGNACROSS LLC**


　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Isaac S. Lew*
　　　　　　　　　　　　　　　　　By:　Bernard L. Egozi (Florida Bar No. 152544)
　　　　　　　　　　　　　　　　　　　　begozi@egozilaw.com
　　　　　　　　　　　　　　　　　　　　Isaac S. Lew (Florida Bar No. 92833)
　　　　　　　　　　　　　　　　　　　　ilew@egozilaw.com
　　　　　　　　　　　　　　　　　　　　EGOZI & BENNETT, P.A.
　　　　　　　　　　　　　　　　　　　　2999 NE 191 Street, Suite 407

Aventura, Florida 33180
                                        Telephone: (305) 931-3000
                                        Facsimile: (305) 931-9343
                                        **ATTORNEY FOR DEFENDANT**
                                        **BLU PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 7, 2016, via the Court's CM/ECF system.

                                        */s/ David R. Bennett*
                                        David R. Bennett