**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MAGNACROSS, LLC<br><br>　　　　Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>　　　　Defendant | <br><br><br>Case No. 2:15-cv-00844-JRG-RSP<br><br>LEAD CASE |
| v.  YIFANG USA INC. D/B/A E FUN<br>　　　　Defendant | Case No. 2:15-cv-00858-JRG-RSP<br>(CONSOLIDATED) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Magnacross LLC and Defendant Yifang USA Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: May 12, 2016

Respectfully submitted,

*/s/David R. Bennett*
David R. Bennett
Illinois Bar No. 6244214
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:  dbennett@directionip.com

*Counsel for Plaintiff Magnacross LLC*

*/s/ Lucian C. Chen*
Lucian C. Chen, Esq.
Admitted *pro hac vice*
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42d Street, Suite 4600

New York, NY 10165
(212) 710.3007 (Main)
(212) 501.2004 (Fax)
lucianchen@lcclegal.com

Jeff Rambin
Capshaw DeRieux, LLP
114 E. Commerce
Gladewater, Texas 75647
(903) 845.5770 (Main)
(903) 520.5789 (Direct)
jrambin@capshawlaw.com

*Counsel for Defendant Yifang USA, Inc. d/b/a E-Fun, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 12, 2016.

                                              */s/ David R. Bennett*
                                              David R. Bennett